1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIFFANY RECINOS,

Plaintiff,

v.

CHASE BANK,

Defendant.

CASE NO. 3:23-cv-05643-BHS

ORDER

13      THIS MATTER is before the Court on Magistrate Judge David W. Christel's

14   Report and Recommendation (R&R), Dkt. 7, recommending that the Court deny pro se

15   plaintiff Tiffany Recinos's application for leave to proceed *in forma pauperis*, and

16   dismiss her complaint without prejudice, and without leave to amend. Recinos has not

17   objected to the R&R.

18      A district judge must determine de novo any part of a magistrate judge's proposed

19   disposition to which a party has properly objected. The district judge may accept, reject,

20   or modify the recommended disposition; receive further evidence; or return the matter to

21   the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3). A proper objection

22

ORDER - 1

1  requires specific written objections to the findings and recommendations in the R&R.

2  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

3    Judge Christel's R&R details the issues with Recinos's proposed complaint,

4  including her failure to state a plausible claim against Chase Bank or Insurance

5  Commissioner Kreidler.

6    As the Court has informed Recinos in other cases, it will address in a separate

7  order whether Recinos should be barred under 28 U.S.C. § 1651(a) from further

8  vexatious, harassing, and duplicative filings in this District, absent a pre-filing showing

9  of imminent danger to herself or her property. Recinos will have an opportunity to

10  address that issue before any such order is entered.

11    The R&R is **ADOPTED**, Recinos's application to proceed *in forma pauperis* is

12  **DENIED**, and the matter is **DISMISSED without prejudice** and **without leave to**

13  **amend**.

14    The Clerk shall enter a **JUDGMENT** and close the case.

15    **IT IS SO ORDERED**.

16    Dated this 7th day of September, 2023.

17

18

19    BENJAMIN H. SETTLE
     United States District Judge

20

21

22

ORDER - 2